[No. 39099-6-I. Division One. October 30, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. QUENTIN DWANE ERVIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-04294-3, Ann Schindler, J., entered July 26, 1996. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Webster and Cox, JJ.

[No. 18081-6-III. Division Three. October 31, 2000.]

*In the Matter of the Marriage of* ROBERT EDMOND WEST, *Appellant*, and LAURA JEANNE WEST, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-3-02103-2, Paul A. Bastine, J., entered November 10, 1998. *Reversed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Sweeney, J.

[No. 17967-2-III. Division Three. October 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID VANCE S., *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 97-1-00103-9, Michael E. Cooper, J., entered October 26, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Kato, J.